UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CLARA PINKSTON,

        Plaintiff,

v.                                      Case Number 09-10513-BC
                                          Honorable Thomas L. Ludington

ACCRETIVE HEALTH,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the order granting summary judgment to Defendant entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

                                                  s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

Dated: January 15, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 15, 2010.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS